**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ZHU QI CAO,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CIVIL ACTION 07-00020-CG-B** |
| **ALBERTO GONZALES,**<br>*et al.,* | : | |
| **Respondents.** | : | |
| | : | |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE and ORDERED** this 21st day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE